# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-02540-JPM-tmp ) ) |
| JOHN DOE subscriber assigned IP address 99.76.42.104, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on November 27, 2023 (ECF No. 13), and the Court having entered an Order of Dismissal (ECF No. 14),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

December 8th, 2023
Date